No. 72–129. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NEW YORK CITY REGION OF NEW YORK CONFERENCE OF BRANCHES, ET AL. *v.* NEW YORK ET AL. D. C. D. C. Probable jurisdiction postponed to hearing of case on the merits. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.

No. 71–6757. FONTAINE *v.* UNITED STATES. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–1474. EASON ET AL. *v.* DANDRIDGE ET AL.; and
No. 71–1601. JEFFERSON PARISH SCHOOL BOARD ET AL. *v.* DANDRIDGE ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 456 F. 2d 552.

No. 71–1544. MAHONEY *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 71–1613. MCBRIDE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 71–5803. GOMEZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 71–6122. WILWORDING *v.* BURRELL ET AL. C. A. 8th Cir. Certiorari denied.

No. 71–6649. FAIR *v.* SEBESTA. C. A. 5th Cir. Certiorari denied.

No. 71–6758. DUDLEY *v.* BRANTLEY, WARDEN. C. A. 7th Cir. Certiorari denied.